

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-18-00396-CR
No. 02-18-00397-CR
No. 02-18-00398-CR

_____

DERRICK RESHORD WALTON, Appellant

V.

THE STATE OF TEXAS

On Appeal from the 431st District Court
Denton County, Texas
Trial Court Nos. F17-2958-431, F17-2959-431, F17-2960-431

Before Birdwell, J.; Sudderth, C.J.; and Gabriel, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

Derrick Reshord Walton filed a notice of appeal from the trial court's verbal denial of his attempts to reduce bail in three pending cases.[1] Although we informed appellant that we had not received a written order from the trial court—a prerequisite to appealability—the trial court has not signed one. *See State v. Wachtendorf*, 475 S.W.3d 895, 904 (Tex. Crim. App. 2015). Accordingly, we dismiss these appeals for want of jurisdiction.

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: December 6, 2018

---

[1]Appellant filed both a motion to reduce bail and an application for habeas relief in which he complained that his bail was excessive. *See Ragston v. State*, 424 S.W.3d 49, 52 (Tex. Crim. App. 2014) (holding that appellate courts do not have jurisdiction of appeal from denial of pretrial motion to reduce bail, only the denial of an application for writ of habeas corpus seeking a bail reduction).